FRANK J. RICCIO *v.* DEPARTMENT OF LABOR, EMPLOY-
MENT SECURITY APPEALS DIVISION,
BOARD OF REVIEW
(13480)

O'CONNELL, FOTI and HENNESSY, Js.

Submitted on briefs February 17—decision released March 21, 1995

*Francis J. Ficarra* filed a brief for the appellant (plaintiff).

*Richard Blumenthal,* attorney general, and *Sharon A. Scully* and *Charles A. Overend,* assistant attorneys general, filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.